IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHON ADEYANJU,

    Petitioner,

  v.

Case No. 11-cv-81-wmc

REED RICHARDSON, Warden,
Stanley Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Reed Richardson denying petitioner Jonathan Adeyanju's petition for a writ of habeas corpus dismissing this case.

| /s/ | 3/25/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |