IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT Of WISCONSIN

JONATHON ADEYANJU,

Petitioner, Pro se

-Vs.-    Case No. 11-cv-81-wmc

REED RICHARDSON, Warden
Stanley Correctional Institution,

Respondent.

## NOTICE OF APPEAL

Notice is hereby given that Jonathon Adeyanju, petitioner and Reed Richardson, the respondent in the above named case hereby appeal to the United States Court Of Appeals for the 7th Circuit from the final Judgment for an order denying Adeyanju's petition for habeas corpus pursuant to §2254 entered on March 25, 2020.

Dated this 20th day of May, 2020.

_Jonathon Adeyanju_
Jonathon Adeyanju

Oregon Correctional Center
P.O. Box 25
Oregon, WI 53575